AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States of America

v.

Henry A. Grullon

APPEARANCE

CASE NUMBER: 1:00CR00058-001ML

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Henry A. Grullon

I certify that I am admitted to practice in this court.

1/17/08

*Date*

*Signature*

Joseph J Voccola 4132

*Print Name* *Bar Number*

454 Broadway

*Address*

Prov R.I. 02909

*City* *State* *Zip Code*

751-3900

*Phone Number* *Fax Number*

This form was electronically produced by John Bichells and Richard Jones using Omniform Internet Publisher.